FILED
CLERK, U.S. DISTRICT COURT

SEP 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _Shy_ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

DAMIEN OWENS,

      Petitioner,

     v.

JEANNIE WOODFORD, et al.,

      Respondents.

Case No.  EDCV 07-00515 DDP (AN)

ORDER APPROVING AND ADOPTING
REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection (which he erroneously titled an Opposition) thereto, *de novo*.

IT IS ORDERED that:

1.    The Objection raises issues were already addressed and rejected in the R&R. The Objection is also based upon an erroneous interpretation of the record. Accordingly, the Objection is overruled and the R&R is approved and adopted.

2.    Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

3.    All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated:   September 20 , 2011

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE