FILED
CLERK, U.S. DISTRICT COURT
SEP 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY Shy  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAMIEN OWENS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEANNIE WOODFORD, et al.,<br><br>　　　　Respondents. | Case No. EDCV 07-00515 DDP (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objection (which he erroneously titled an Opposition) thereto, *de novo*.

IT IS ORDERED that:

1. The Objection raises issues were already addressed and rejected in the R&R. The Objection is also based upon an erroneous interpretation of the record. Accordingly, the Objection is overruled and the R&R is approved and adopted.

2. Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated:  September 20 , 2011    _____
　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE