ENTERED – SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

FILED
CLERK, U.S. DISTRICT COURT

SEP 2 1 2011

CENTRAL DISTRICT OF CALIFORNIA
BY   shy              DEPUTY

ENTER / JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| DAMIEN OWENS,<br><br>        Petitioner,<br><br>    v.<br><br>JEANNIE WOODFORD, et al.,<br><br>        Respondents. | Case No.  EDCV 07-00515 DDP (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated:  September 20 , 2011

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE